UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kathleen Knight,

    Plaintiff,                           Case No. 4:24-cv-10911-FKB-KGA

                                          Hon. F. Kay Behm

-vs.-

Equifax Information Services, LLC, and
Credit Collection Services,

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT
## <u>EQUIFAX INFORMATION SERVICES, LLC</u>

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC., with prejudice, no later than October 11, 2024.

August 12, 2024                                  Respectfully submitted,

                                                      /s/ Gary Hansz
                                                      Gary Hansz P44956
                                                      27600 Farmington Road, Suite 108
                                                      Farmington Hills, MI 48334
                                                      Phone: (248) 353-2882
                                                      Fax: (248) 353-4840
                                                      gary.hansz@crlam.com
                                                      *Attorneys for Plaintiff,*
                                                       *Kathleen Knight*

## **PROOF OF SERVICE**

    I, Gary Hansz, hereby state that on August 12, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Gary Hansz