UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kathleen Knight,

    Plaintiff,                                Case No. 4:24-cv-10911-FKB-KGA

                                               Hon.  F. Kay Behm

-vs.-


Equifax Information Services, LLC, and
Credit Collection Services,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CREDIT COLLECTION SERVICES

The Plaintiff hereby dismisses her claims against Defendant Credit Collection Services, LLC, only with prejudice and without costs to either party.

DATED this 14th day of August 2024.

Respectfully submitted,

                                               /s/ Gary Hansz
                                               Gary Hansz P44956
                                               27600 Farmington Road, Suite 108
                                               Farmington Hills, MI 48334
                                               Phone: (248) 353-2882
                                               Fax: (248) 353-4840
                                               gary.hansz@crlam.com
                                               *Attorneys for Plaintiff,*
                                               *Kathleen Knight*

## PROOF OF SERVICE

    I, Gary Hansz, hereby state that on August 14, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Gary Hansz