UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kathleen Knight,

    Plaintiff,                           Case No. 4:24-cv-10911-FKB-KGA

                                    Hon.  F. Kay Behm

-vs.-

Equifax Information Services, LLC, and
Credit Collection Services,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

    The Plaintiff hereby dismisses her claims against Defendant Equifax Information Services, LLC with prejudice and without costs to either party.

    DATED this 23rd day of October, 2024.

Respectfully submitted,

                                                   /s/ Gary Hansz
                                                 Gary Hansz P44956
                                                 27600 Farmington Road, Suite 108
                                                 Farmington Hills, MI 48334
                                                 Phone: (248) 353-2882
                                                 Fax: (248) 353-4840
                                                 gary.hansz@crlam.com
                                                 *Attorneys for Plaintiff,*
                                                 *Kathleen Knight*

PROOF OF SERVICE

    I, Gary Hansz, hereby state that on October 23, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Gary Hansz